UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>599 POST STREET, LLC,<br><br>　　　　　Defendant. | Case No. 4:18-cv-05719-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 90 DAYS**<br><br>Re: Dkt. No. 23 |

On December 11, 2019, the scheduled mediation was taken off calendar because the parties reported that they had already reached a settlement. Accordingly, Plaintiff shall file a dismissal within 90 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: December 12, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　United States Magistrate Judge